IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ERNEST L. BETZ, JR.,<br>        Plaintiff, | )<br>)<br>) |
| v. | )<br>)   **Civil Action File**<br>)   **No. _____** |
| AIG INSURANCE COMPANY AND<br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br>        Defendants. | )<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

COMES NOW American General Life Insurance Company ("American General") and AIG Insurance Company, which is a non-entity (hereinafter "AIG") and files this its Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, showing this Court as follows:

1.

American General and AIG are defendants in a civil action filed in the Chancery Court of Shelby County, State of Tennessee, Case No. CH-07-0092.2. This Notice of Removal is filed with the United States District Court for the Western District of Tennessee, Western Division, within thirty (30) days of service upon American General/AIG of the initial pleading setting forth the claim for relief upon which said action is based. The Complaint attached hereto as Exhibit "A" and the Summons attached hereto as Exhibit "B" constitute all of the process, pleadings (as defined by Fed.R.Civ.P. 7), and orders served on the defendant in this action to date as required by 28 U.S.C. § 1446(a).

91410.199043

2.

The United States District Court for the Western District of Tennessee, Western Division, is the District Court having jurisdiction over the place where the state court action is pending pursuant to 28 U.S.C. § 123(c)(2).

3.

A copy of this Notice of Removal has been filed with the clerk of the Chancery Court of Shelby County, State of Tennessee, as required by 28 U.S.C. § 1446(d).

**Diversity of Jurisdiction**

4.

Removal is proper in this case pursuant to 28 U.S.C. § 1332(a)(1) as Plaintiff is a resident of Tennessee, and AIG is a non-entity. To the extent Plaintiff meant to name American International Group, Inc., then same is a corporation organized and existing under the laws of the State of Delaware with its principal place of business in New York. American General is a corporation organized and existing under the laws of the State of Texas with its principal place of business in Texas. This controversy is, therefore, one between citizens of different states pursuant to 28 U.S.C. § 1332(c)(1).

5.

In his Complaint, Plaintiff seeks to recover actual and compensatory damages as well as punitive damages. The amount in controversy, as stated in Plaintiff's Complaint, is $100,000. Thus, the object of this litigation exceeds $75,000, exclusive of interest and costs.

WHEREFORE, American General and AIG pray that this Notice of Removal be filed and said action be removed to proceed in this Court and that no further proceedings be had in the Chancery Court of Shelby County, State of Tennessee.

This 21st day of February, 2007.

             s/ John W. Reis
             John W. Reis
             Tennessee BPR# 024818
             COZEN O'CONNOR
             One Wachovia Center
             301 S. College Street, Suite 2100
             Charlotte, NC 28202
             Telephone: 704-376-3400
             Email: jreis@cozen.com

             Of Counsel (*pro hac vice motion to be filed*)
             Kenan G. Loomis, Esquire
             Georgia Bar No. 457865
             COZEN O'CONNOR
             Suite 2200, SunTrust Plaza
             303 Peachtree Street, NE
             Atlanta, Georgia 30308-3264
             Telephone: 404.572.2000
             Email: kloomis@cozen.com

             Attorneys for Defendants American General
             Life Insurance Company and American
             International Group Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ERNEST L. BETZ, JR.,<br>    Plaintiff,<br><br>v.<br><br>AIG INSURANCE COMPANY AND<br>AMERICAN GENERAL LIFE<br>INSURANCE COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)    **Civil Action File**<br>)    **No. _____**<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 21, 2007 a true and correct copy of Defendants American International Group, Inc. and American General Life Insurance Company's **Notice of Removal** was served by electronic means through the Court's ECF system, and by also depositing copies of same in the United States Mail, addressed to:

Thomas D. Yeaglin, Esquire, BPR #8114
LAW OFFICE OF THOMAS YEAGLIN
140 Jefferson Avenue
Memphis, TN 38103
Phone: 901-523-1919
Fax: 901-523-1919
Email: thomasyeaglin@yahoo.com

 s/ John W. Reis
John W. Reis, Esquire
Tennessee BPR# 024818
Cozen O'Connor
One Wachovia Center
301 S. College Street, Suite 2100
Charlotte, NC 28202
Telephone: 704.376.3400
Email: jreis@cozen.com

91410.199043