# EXHIBIT B

CIRCUIT COURT
140 ADAMS AVE
ROOM 224
MEMPHIS, TN 38103

**(CHANCERY / CIRCUIT) COURT OF TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS
SUMMONS IN CIVIL ACTION**

CHANCERY COURT
140 ADAMS AVE.
ROOM 308
MEMPHIS, TN 38103

NO. CH-07-0093 D. 2    AD DAMUM $ _____    AUTO ☐  OTHER ☐

**ERNEST L. BETZ, JR.**
PLAINTIFF

Home Address _____

VS.
**AIG INSURANCE COMPANY AND
AMERICAN GENERAL LIFE COMPANIES**

Business Address _____

DEFENDANT

Home Address _____

Business Address _____

TO THE DEFENDANT(S): **AMERICAN GENERAL LIFE COMPANIES AS LOCATED AT #1 Franklin Square, Springfield, IL 62713** (Please serve this process upon the State of Tennessee Commissioner of Insurance at 500 James Robertson Blvd., Volunteer Plaza, Nashville, TN 37248.)

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on **Thomas D. Yeaglin** Plaintiff's attorney, whose address is **140 Jefferson, Memphis, TN 38103** within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

**KENNY ARMSTRONG**, CLERK & MASTER
BY _____, D. C.
TESTED AND ISSUED ____ 10 Jan ____, 2007

**JIMMY MOORE**, Clerk
BY _____, D. C.

**TO THE DEFENDANT(S):**

NOTICE: Pursuant to Chapter 919 of the Public Acts of 1980 you are hereby given the following notice: Tennessee law provides a four thousand ($4,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt, with the Clerk of Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not become effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include: items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

**COST BOND**

I hereby acknowledge and bind myself for the prosecution of this action and payment of all costs not to exceed $500.00 in this court which may at any time be adjudged against the plaintiff in the event the said plaintiff shall not pay the same.

Witness My Hand this _____ Day of _____, 20 __.

Certification when applicable
I, Jimmy Moore, Clerk of the Circuit Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this _____
JIMMY MOORE, Clerk
By: _____ D. C

Surety _____

## RETURN ON SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I HAVE SERVICE THE WITHIN SUMMONS:

By delivering on the _____ day of _____, 20 ___ at _____ M. a copy of the summons and a copy of the Complaint to the following defendants _____

_____

Mark Luttrell, Sheriff

By_____
   Deputy Sheriff

## PRIVATE PROCESS SERVER

I HEREBY CERTIFY THAT I HAVE SERVICE THE WITHIN SUMMONS:

By delivering on the _____ day of _____, 20 ___ at _____ M. a copy of the summons and a copy of the Complaint to the following defendants _____

_____

(PLEASE PRINT THE FOLLOWING)

Address _____

Private Process Server _____

Phone _____

Company _____

Other manner of service:  Signature _____

_____

I hereby certify that I have NOT served this Summons on the within named defendant(s) _____ because _____ is (are) not to be found in this County after diligent search and inquiry for the following reasons: _____
This _____ day of _____, 20 ___.

Mark Luttrell, Sheriff

By _____
   Deputy Sheriff

---

No. 07-____

IN THE CIRCUIT COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

**SUMMONS IN CIVIL ACTION**

ERNEST L. BETZ, JR.
Plaintiff

VS

AIG INSURANCE COMPANY AND AMERICAN GENERAL LIFE COMPANIES
Defendant

Came to hand _____

THOMAS D. YEAGLIN
Attorney for Plaintiff
Tel. No. 901-523-1919