IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ERNEST L. BETZ, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AIG INSURANCE COMPANY )<br>AND AMERICAN GENERAL LIFE )<br>INSURANCE COMPANY, )<br>)<br>Defendants. ) | Civil Action File<br>No. 2:07-cv-02131 BBD-dkv |

## STIPULATION OF DISMISSAL

COME NOW Ernest L. Betz, Jr., the above named Plaintiff, and American General Life Insurance Company ("American General"), the above named Defendant, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), files this their Stipulation of Dismissal with prejudice.

Respectfully submitted this 19TH day of May, 2008.

s/ Thomas D. Yeaglin, Esquire
Disciplinary No. 8114
140 Jefferson Avenue
Memphis, TN 38103
Telephone: 901.523.1919
Email: thomasyeaglin@yahoo.com

Attorney for Plaintiff
Ernest L. Betz Jr.

ATLANTA\97013\1 199043.000