UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

**ERNEST L. BETZ, JR.,**                          JUDGMENT IN A CIVIL CASE

    **Plaintiff,**

**v.**

**AMERICAN GENERAL INSURANCE COMPANY,**     CASE NO: 07-2131
**et al.,**

    **Defendant.**

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.


**IT IS SO ORDERED AND ADJUDGED  that in accordance with the Stipulation Of Dismissal entered on June 5, 2008, this cause is hereby dismissed.**




APPROVED:


<u>s/Bernice B. Donald</u>
**UNITED STATES DISTRICT COURT**

**DATE: 6/6/2008**                          <u>THOMAS M. GOULD</u>
           **Clerk of Court**


          <u>s/Taffy Elchepp</u>
        **(By)  Deputy Clerk**